**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BROOKE BOONE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 1:20-cv-2863** |
| ) | |
| **HOSPIRA INC. and HOSPIRA WORLDWIDE,** ) | |
| **LLC, formerly doing business as HOSPIRA** ) | |
| **WORLDWIDE, INC.,** ) | |
| ) | |
| **Defendants.** | |

**DEFENDANTS HOSPIRA, INC.'S AND HOSPIRA WORLDWIDE, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Hospira, Inc. and Hospira

Worldwide, LLC f/k/a Hospira Worldwide, Inc. advise that Hospira Worldwide, LLC is a

Delaware limited liability company. The sole member of Hospira Worldwide, LLC is Hospira,

Inc. Hospira, Inc. is indirectly owned by Pfizer Inc., a publicly-held corporation that has no

parent corporation. No publicly-held corporation owns 10% or more of the stock of Pfizer Inc.

DATED: May 12, 2020                    Respectfully submitted,

*/s/ Sara B. Roitman*
Sara B. Roitman, Bar #6311341
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
+1-312-646-5800
+1-312-646-5858

*Attorneys for Hospira, Inc. and Hospira
Worldwide, LLC, f/k/a Hospira Worldwide, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, a true and correct copy of the foregoing document was

served by U.S. Mail upon the following:

Donald J. Morrison
don@morrisonandmorrison.com
Morrison & Morrison, P.C.
32 N. West Street
Waukegan, IL 60085
847-244-2660
847-244-6817


*Attorney for Plaintiff*




*By: /s/ Sara Roitman*