IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BROOKE BOONE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:20-cv-2863 |
| | ) | |
| HOSPIRA INC. and HOSPIRA, | ) | |
| WORLDWIDE, LLC, f/k/a HOSPIRA | ) | |
| WORLDWIDE, INC. | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To: Sara B. Roitman, (Sara.Roitman@dechert.com), Dechert LLP, 35 W Wacker Dr Ste 3400, Chicago IL 60601

PLEASE TAKE NOTICE that on May 15, 2020, there was filed with the Clerk of the U.S. District for the Northern District of Illinois, the Appearance of Plaintiff Brooke Boone, a copy of which is attached.

Respectfully submitted,

MORRISON & MORRISON, P.C.

By: /s/ Donald J. Morrison
Attorney for Plaintiff

Donald J. Morrison (6225680)
don@morrisonandmorrison.com
Morrison & Morrison, P.C.
32 N. West Street
Waukegan, Illinois 60085
Phone: 847-244-2660
Fax: 847-244-6817

## PROOF OF SERVICE

The undersigned certifies, under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, that this document was served by email on May 15, 2020.

/s/ Donald J. Morrison